IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE AMERICAN SUGAR REFINING COMPANY, INC., d/b/a DOMINO SUGARS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. CCB03CV329 |
| M/V ALIANA PRINCESS, her engines, boilers, tackle, appurtenances, *in rem*, etc., et al., | * | |
| | * | |
| Defendants. | * | |

\*       \*       \*       \*       \*

**<u>STATEMENT OF INTEREST AND ENTRY OF RESTRICTED APPEARANCE</u>**

Mystique Princess Shipping Co., Ltd., by Robert B. Hopkins, one of its attorneys, states that it is the Owner of the M/V ALIANA PRINCESS, her engines, boilers, tackle, appurtenances, etc., as the same are proceeded against, at the instance of The American Sugar Refining Company, Inc., d/b/a Domino Sugars, Plaintiff.

WHEREFORE, it enters its restricted appearance in accordance with supplemental Rule E(8) and prays to defend its interest in the vessel.

I am duly authorized to make this statement of interest and restricted appearance on behalf of the Owner.

I declare under penalty of perjury that the foregoing is true and correct.

_____/S/_____
Robert B. Hopkins (bar no. 06017)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore St., 8th Floor
Baltimore, MD 21202
(410) 685-1120
*Attorneys for Mystique Princess Shipping Co., Ltd.*

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.