IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE AMERICAN SUGAR REFINING COMPANY, INC., d/b/a DOMINO SUGARS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. CCB03CV329 |
| M/V ALIANA PRINCESS, her engines, boilers, tackle, appurtenances, *in rem*, etc., et al., | * | |
| | * | |
| Defendants. | * | |
| * | * | *        *        * |

## ENTRY OF APPEARANCE

Charles A. Diorio of Ober, Kaler, Grimes & Shriver, a Professional Corporation,

hereby enters his appearance on behalf of  Mystique Princess Shipping Co., Ltd.

/S/
_____
Charles A. Diorio (bar no. 26369)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore St., 8th Floor
Baltimore, MD  21202
(410) 685-1120
*Attorneys for Mystique Princess
Shipping Co., Ltd.*

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.