**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

July 8, 2003

James D. Skeen, Esquire
Wright, Constable & Skeen
100 N. Charles Street, 16th Floor
Baltimore, MD 21201-3812

Robert B. Hopkins, Esquire
Charles A. Diorio, Esquire
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street, 8th Floor
Baltimore, MD 21202

Re: The American Sugar Refining Company, Inc., d/b/a Domino Sugars v. M/V/ Aliana Princess, et al., Civil No. CCB-03-329

Dear Counsel:

Please provide a status report **by July 18, 2003** regarding service and whether this case is ready for the issuance of a scheduling order.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge