July 18, 2003

**Writer's Direct Dial/E-mail Address**
(410) 659-1306/jskeen@wcslaw.com

The Honorable Catherine C. Blake
United States District Judge
U. S. District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

      RE:   *The American Sugar Refining Company, Inc. d/b/a Domino Sugars v. M/V Aliana Princess etc. et al.*
            Selection No.:  CCB-03-0329

Dear Judge Blake:

In response to the Court's request for a status report dated July 8, 2003, I would report as follows:

Plaintiff's counsel has not yet been able to serve the remaining *in personum* Defendant, Troy Gemi Isletmeciligi Acentalik ve Ticaret A.S. Answers have been filed by the vessel and Defendant, Mystique Princess Shipping Co., Ltd.

I have spoken with Defendants' counsel and we both agree that this case is ready for the issuance of a scheduling order.  Initial discovery should reveal whether the unserved defendant is a necessary party in the case.  If not, we will dismiss as to the Troy Gemi Defendant only.

Counsel for Defendant, Mystique is in agreement with proceeding as above.

                                Very truly yours,
                                      /s/
                                James D. Skeen

cc:    Robert B. Hopkins, Esq.
         Charles A. Diorio, Esq.
         Jeffrey J. Asperger, Esq. (via facsimile)

140659 v. (09802.00001)