# W&S

Wright, Constable & Skeen, L.L.P.   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone   410-825-0750
  Fax       410-825-0715

www.wcslaw.com

August 6, 2003

**Writer's Direct Dial/E-mail Address**
(410) 659-1306/jskeen@wcslaw.com

The Honorable Catherine C. Blake
United States District Judge
U. S. District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

>   **RE:   *The American Sugar Refining Company,
>         Inc. d/b/a Domino Sugars v. M/V Aliana Princess etc. et al.*
>         Selection No.:  CCB-03-0329**

Dear Judge Blake:

In accordance with the Scheduling Order in this case, on behalf of both parties, I would advise that there is not unanimous consent to proceed before a United States Magistrate Judge and that the deposition hours provided in the Scheduling Order are acceptable to both parties.

>                       Very truly yours,
>                              /s/
>                       James D. Skeen

cc:    Robert B. Hopkins, Esq.
       Jeffrey J. Asperger, Esq.

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

134547 v. (99998.00001)