# W&S
## Wright, Constable & Skeen, L.L.P.   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

September 22, 2003

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone    410-825-0750
  Fax      410-825-0715

www.wcslaw.com

**Writer's Direct Dial/E-mail Address**
(410) 659-1306/jskeen@wcslaw.com

The Honorable Catherine C. Blake
United States District Judge
U. S. District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

>   RE:   *American Sugar Refining Co., Inc. etc. v. M/V Aliana Princess etc., et al.*
>         Civil Action No.:  CCB-03-CV-329

Dear Judge Blake:

Counsel have been working diligently to settle this case without the necessity of formal discovery, including the retention of experts and preparation of formal expert reports. Due to the distance between the parties, there has been some delay, but we are still optimistic that the case can be settled within the next sixty days.

As September 22, 2003 is Plaintiff's deadline for designating experts and providing information concerning those experts pursuant to Rule 26(a)(2), we would respectfully request that the dates set forth in the Court's Scheduling Order dated July 23, 2003 be moved forward sixty days as follows:

1. Plaintiff's Rule 26(a)(2) disclosures re experts – November 24, 2003;

2. Defendant's Rule 26(a)(2) disclosures re experts – December 22, 2003

3. Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts – January 5, 2004;

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

143658 v. (09802.00001)

The Honorable Catherine C. Blake
September 22, 2003
Page 2

    4.    Rule 26(e)(2) supplementation of disclosures and responses – January 12, 2004;

    5.    Discovery deadline; submission of status report – February 5, 2004;

    6.    Request for admission – February 12, 2004; and

    7.    Dispositive pre-trial motions deadline – March 5, 2004.

All other provisions of the Court's Scheduling Order would remain the same.

Counsel for the M/V ALIANA PRINCESS and Mystique Shipping Co., Ltd. has no objection to this request.

Thank you for your consideration.

                                      Very truly yours,
                                          /s/
                                      James D. Skeen

cc:    Robert B. Hopkins, Esq.
        Charles A. Diorio, Esq.
        Jeffrey J. Asperger, Esq.

143658 v. (09802.00001)