# W&S

**Wright, Constable & Skeen, L.L.P.|    Attorneys at Law**

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

November 24, 2003

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone    410-825-0750
Fax      410-825-0715

www.wcslaw.com

**Writer's Direct Dial/E-mail Address**
(410) 659-1306/jskeen@wcslaw.com

The Honorable Catherine C. Blake
United States District Judge
U. S. District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

**RE:    *American Sugar Refining Co., Inc. v. M/V ALIANA PRINCESS*; Case Action No.:  CCB-03-CV-329**

Dear Judge Blake:

This letter is a joint request for further extension of the deadlines under the Scheduling Order.

This case concerns damage to one of the Plaintiff's cranes and additional damages relating to the loss of use of that crane for a period of time.

Counsel for Plaintiff has provided documents in support of the claim, but Defendant's counsel has requested some additional documents, which Plaintiff's counsel is now attempting to obtain.

Counsel feel strongly that the case can be resolved without the necessity for formal discovery and the necessity to obtain experts.  As the deadline for designating experts is currently November 24, 2003, we would respectfully request that the dates set forth in the Court's paperless Order (document no. 11) filed on September 22, 2003, be moved forward 90 days as follows:

1.    Plaintiff's Rule 26(a)(2) disclosures re: experts – February 24, 2004;

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

146939 v. (09802.00001)

The Honorable Catherine C. Blake
November 24, 2003
Page 2, 2003

       2.       Defendant's Rule 26(a)(2) disclosures re:  experts –
                March 22, 2004;

       3.       Plaintiff's rebuttal Rule 26(a)(2) disclosure re:  experts
                - April 5, 2004;

       4.       Rule 26(a)(2) supplementation of disclosures and
                responses – April 12, 2004;

       5.       Discovery deadline; submission of status report -
                May 5, 2004;

       6.       Request for admission – May 12, 2004; and

       7.       Dispositive pre-trial motions deadline – June 4, 2004.

All other provisions of the Court's Scheduling Order would remain the same.  Thank you for your consideration.

Very truly yours,
/S/
James D. Skeen

cc:    Robert B. Hopkins, Esq.
       Charles A. Diorio, Esq.
       Jeffrey J. Asperberger, Esq.