

**Wright, Constable & Skeen, L.L.P.**   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

April 7, 2004

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
 Michael A. Stanley
 Howard S. Stevens*
 Victoria August
 Joy K. Sakellaris

Of Counsel
 Francis N. Iglehart
 P. McEvoy Cromwell

 Wm. P. Constable (1882-1976)
 John D. Wright (1903-1976)

Towson Office
 307 West Allegheny Avenue
 Towson, Maryland 21204-4258
  Phone   410-825-0750
  Fax      410-825-0715

www.wcslaw.com

**Writer's Direct Dial/E-mail Address**
(410) 659-1306/jskeen@wcslaw.com

The Honorable Catherine C. Blake
United States District Judge
U. S. District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

**RE:** *American Sugar Refining Co., Inc. v. M/V ALIANA PRINCESS*; Civil Action No.:  CCB-03-CV-329

Dear Judge Blake:

    This letter is a joint request for further extension of deadlines under the Scheduling Order.  I know that we are beginning to sound like a broken record, but we must come back to you again to request more time to settle this case.

    Again, under normal circumstances, we would have had time to respond to questions and provide documentation and feedback to Defendant's counsel, but because this case was commenced with the arrest of the vessel, we were involved in litigation simultaneously with the event.

    Counsel are in agreement that the case can be resolved, but as some of the damage issues require fairly extensive documentation, response to Defendant's counsel's requests have been time consuming.  On April 5, Plaintiff's counsel mailed extensive documentation to Defendant's counsel, and anticipates that he will need further time to review the documents and respond with any questions or further document requests.  Counsel are putting forth their best efforts to reach a resolution in this case, but due to the schedules of counsel and their clients, we believe it will be

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

153338 v. (09802.00001)

The Honorable Catherine C. Blake
April 7, 2004
Page 2

at least 90 days before a settlement can be reached. In that regard, we would suggest to the Court that the Scheduling Order be suspended and that counsel provide a joint status report every 60 days.

If that is not acceptable to the Court, we would request in the alternative that the dates approved in the Court's paperless Order of February 24, 2004, be moved forward for 90 days as follows:

1. Plaintiff's Rule 26(a)(2) Disclosures re: experts – July 6, 2004;

2. Defendant's Rule 26(a)(2) Disclosures re: experts – August 6, 2004;

3. Plaintiff's Rebuttal Rule 26(a)(2) Disclosures re: experts –August 19, 2004;

4. Rule 26(a)(2) Supplementation of Disclosures and responses – August 19, 2004;

5. Discovery deadline; submission of Status Report – September 9, 2004;

6. Request for Admission – September 16, 2004; and

7. Dispositive Pretrial Motions deadline – October 6, 2004.

All other provisions to the Court's Scheduling Order remain the same. Thank you for your consideration to these requests.

        Very truly yours,
        /S/
        James D. Skeen

cc: Robert B. Hopkins, Esq.
    Charles A. Diorio, Esq.
    Jeffrey J. Asperger, Esq.

153338 v. (09802.00001)