LAW OFFICES
OF

# SKEEN & KAUFFMAN, L.L.P.
800 NORTH CHARLES STREET, SUITE 400
BALTIMORE, MARYLAND 21201

JAMES D. SKEEN
TELEPHONE (410) 625-2252
FACSIMILE (410)625-2292
EMAIL jskeen@skaufflaw.com

June 18, 2004

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court
For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

        **RE:** *American Sugar Refining Co., Inc. v.*
             *M/V ALIANA PRINCESS;* **Civil Action No.: CCB-03-CV-329**

Dear Judge Blake:

    In accordance with the Court's paperless Order of May 19, 2004, we submit the first sixty-day status report in this case.

    Counsel have been discussing certain issues concerning damages and have agreed to schedule a meeting at Domino Sugar's facility in Baltimore, the location of the loss, to answer some of the questions posed by Defendant's counsel. Due to trial schedules, the meeting cannot be scheduled until late July or August, but we are hopeful that after the meeting a settlement can be reached without further significant delay.

    We will update the Court as to status on Monday, August 23, 2004.

                      Very truly yours,

                      James D. Skeen

JDS/clm

cc:    Robert B. Hopkins, Esquire

The Honorable Catherine C. Blake
June 18, 2004
Page Two

    Charles A. Diorio, Esquire
    Jeffrey J. Asperger, Esquire

ASRC Aliana Ltr.06.18.04