LAW OFFICES
OF
**SKEEN & KAUFFMAN, L.L.P.**
800 NORTH CHARLES STREET, SUITE 400
BALTIMORE, MARYLAND 21201

JAMES D. SKEEN
TELEPHONE (410) 625-2252
FACSIMILE (410)625-2292
EMAIL jskeen@skaufflaw.com

August 23, 2004

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court
For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

        **RE:**   *American Sugar Refining Co., Inc. v.*
                *M/V ALIANA PRINCESS*
                Civil Action No.: CCB-03-CV-329

Dear Judge Blake:

      In accordance with the Court's paperless Order of May 19, 2004, we submit the second sixty-day status report in this case.

      Referencing my status report of June 18, 2004, the meeting between counsel to discuss certain issues concerning damages, referenced in that letter, is scheduled for August 25, 2004.  We are hopeful that after the meeting the parties will come significantly closer to settling this case.

      We will update the Court as to status on October 25, 2004.

                                        Very truly yours,

                                        /s/

                                       James D. Skeen

JDS/clm

cc:    Robert B. Hopkins, Esquire
        Charles A. Diorio, Esquire
        Jeffrey J. Asperger, Esquire