LAW OFFICES
OF
# SKEEN & KAUFFMAN, L.L.P.
800 NORTH CHARLES STREET, SUITE 400
BALTIMORE, MARYLAND 21201

**JAMES D. SKEEN**
TELEPHONE (410) 625-2252
FACSIMILE (410)625-2292
EMAIL jskeen@skaufflaw.com

November 4, 2004

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court or the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

      **RE:**    *American Sugar Refining Co., Inc. v. M/V ALIANA PRINCESS;*
             **Civil Action Number:  CCB-03-CV-329**

Dear Judge Blake:

      In accordance with the Court's paperless order of May 19, 2004, we submit the third sixty-day status report in this case.

      The scheduled meeting between counsel for August 25, 2004, was rescheduled for September 15, 2004.  On that date, counsel met and discussed certain outstanding issues concerning damages.  The next day, Defendant's counsel provided Plaintiff's counsel with some follow-up questions.

      Plaintiff is in the process of responding to these follow-up questions and hopes to have the requested information shortly.

      We would continue to request the Court's patience, as the parties are narrowing the issues with the mutual understanding that the case should settle once Defendant's counsel has received the additional information requested.

      We will update the Court as to status on December 28, 2004.

                                Very truly yours,

                                James D. Skeen

JDS/clm
cc: Robert B. Hopkins, Esquire
    Charles A. Diorio, Esquire
    Jeffrey J. Asperger, Esquire

Blake Ltr 11-04-04