

**LAW OFFICES OF**
# SKEEN & KAUFFMAN, L.L.P.
911 NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201

JAMES D. SKEEN
TELEPHONE (410) 625-2252
FACSIMILE (410)625-2292
EMAIL jskeen@skaufflaw.com

December 29, 2004

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

    RE:    *American Sugar Refining Co., Inc. v. M/V ALLIANA PRINCESS*;
              Civil Action Number: CCB-03-CV-329

Dear Judge Blake:

      In accordance with the Court's paperless order of May 19, 2004, we submit the fourth sixty-day status report in this case. The follow-up questions, which were provided to plaintiffs counsel by defendants counsel, required additional collection of data and production of documents and has been difficult and time consuming for American Sugar personnel. Plaintiffs counsel is working with American Sugar as much as possible to assist in obtaining and preparing a response to these follow-up questions, however the majority of the work has fallen upon American Sugar personnel who are already very busy with their day to day activities and responsibilities. There have also been a number of end of the year business obligations which have consumed the time of the American Sugar employee primarily assigned to obtain the requested information.

      We are hopeful that a complete response to these questions will be provided to defendants counsel before the end of January, 2005

      We will update the Court as to status on Monday, February 28, 2005

                  Very truly yours,

                  James D. Skeen

cc: Robert B. Hopkins, Esquire
    Charles A. Diorio, Esquire
    Jeffrey J. Asperger, Esquire

*Handwritten annotation:* Approved. If no settlement by 2/28/05, schedule will be set to conclude case. CCB USDJ 3/1

Blake Ltr 12-27-04

