LAW OFFICES
OF

# SKEEN & KAUFFMAN, L.L.P.
**911 NORTH CHARLES STREET**
**BALTIMORE, MARYLAND 21201**

**JAMES D. SKEEN**
**TELEPHONE (410) 625-2252**
**FACSIMILE (410) 625-2292**
**EMAIL jskeen@skaufflaw.com**

February 28, 2005

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court or the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

                  **RE:**  *American Sugar Refining Co., Inc. v. M/V ALIANA PRINCESS;*
                         **Civil Action Number:  CCB-03-CV-329**

Dear Judge Blake:

     In accordance with this Court's paperless Order of May 19, 2004, we submit the fifth, sixty (60) day status report in this case.

     American Sugar has provided the additional documents and information to defendant's counsel, who has passed this information on to his client.  Defendant's counsel anticipates that within thirty (30) days he will have authority to negotiate a settlement in this case.

     We will update the court as to status on Friday, April 29, 2005, or before if a settlement is reached in this case.

                                         Very truly yours,

                                         James D. Skeen

JDS/mlh
cc:    Robert B. Hopkins, Esquire
         Charles A. Diorio, Esquire
         Jeffrey J. Asperger, Esquire

Blake Ltr 02-25-05