LAW OFFICES
OF
**SKEEN & KAUFFMAN, L.L.P.**
911 NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201

JAMES D. SKEEN
TELEPHONE (410) 625-2252
FACSIMILE (410)625-2292
EMAIL jskeen@skaufflaw.com

May 2, 2005

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court
For the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

**RE:** ***American Sugar Refining Co., Inc. v. M/V ALIANA PRINCESS***
**Civil Action No.: CCB-03-CV-329**

Dear Judge Blake:

In accordance with the Courts paperless Order of May 19, 2004, we submit the sixth 60 day status report in this case.

Defendant's counsel has made a settlement offer which is currently under consideration by the plaintiff.

Plaintiff's counsel hopes to respond shortly to this offer so that a settlement can be made and the case can be concluded.

We will update the Court as to status on Wednesday, June 29, 2005, or before if a settlement is reached in this case.

Very truly yours,

***/s/***

James D. Skeen

JDS/clm

cc: Robert B. Hopkins, Esquire
Charles A. Diorio, Esquire
Jeffrey J. Asperger, Esquire