**ASPERGER ASSOCIATES LLC**

ATTORNEYS AT LAW

Jeffrey J. Asperger
Direct: 312.240.0795
Email: jasperger@asplaw.net

June 28, 2005

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

     Re:  American Sugar Refining Co., Inc. v. M/V ALIANA
        PRINCESS; Civil Action No.: CCB-030CV-329
        Our File No.: 6038.2104

Dear Judge Blake:

  This letter is a joint request for amendment of the deadlines under the Scheduling Order. This case concerns damage to one of Plaintiff's cranes and additional damages related to the loss of use of that crane for a period of time.

  Counsel acknowledge that extensions have been jointly requested on prior occasions, however, the parties have been engaged in serious settlement negotiations which have taken considerable time, principally due to the complexity of the business interruption portion of the claim. Although the parties were initially hopeful that they could resolve this matter, unfortunately a settlement has not yet been reached. The parties are still hopeful that the case might be resolved without the need to complete formal discovery and trial. At this time, the parties believe that scheduling deadlines may prove to motivate further discussions and therefore respectfully request that a mediation be set before a Federal Magistrate at the Court's earliest convenience. The parties request the following scheduling order be approved:

    August 15, 2005   Plaintiff's 26(a)(2) expert disclosure due

    September 15, 2005 Defendant's 26(a)(2) expert disclosures due

    October 5, 2005   Plaintiff's Rebuttal expert disclosures due

**ASPERGER ASSOCIATES LLC**

ATTORNEYS AT LAW

October 8, 2005      26(a)(2) supplementation of disclosures/responses due

October 15, 2005     Discovery deadline and submission of status report due

October 22, 2005     Request for admissions due

November 22 2005     Dispositive motions due

The parties thank the Court for its attention and consideration.

Respectfully Submitted,

*[signature]*

Jeffrey J. Asperger

JJA:dmw
cc:   Rob Hopkins
      Bill Tarr