

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, Maryland 21202-1643
410-685-1120  FAX 410-547-0699

1401 H Street, NW
Washington, D.C. 20005-3324
202-408-8400  FAX 202-408-0640

**Robert B. Hopkins**
410-347-7383
rbhopkin@ober.com
*Resident in Baltimore*

August 1, 2005

**VIA ELECTRONIC FILING**
Honorable Catherine C. Blake
United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:    The American Sugar Refining Company, Inc., d/b/a Domino Sugars
              v. M/V ALIANA PRINCESS, et al.
              <u>Civil Action No. CCB03 CV 329</u>

Dear Judge Blake:

      This letter is being written on behalf of all parties to advise you that a settlement has been reached in the above matter. The parties respectfully request that a standard Rule 111 Settlement Order be issued giving the parties 60 days to exchange settlement funds and a Release.

      A Mediation had been scheduled before Judge Gesner for August 15. We have also advised Judge Gesner of the settlement. The parties thank you for all of your assistance in this matter.

                                              Respectfully submitted,

                                              Robert B. Hopkins

RBH:smc
cc:    James D. Skeen, Esquire (via e-mail)
       Jeffrey J. Asperger, Esquire (via e-mail)